MARY DRYOVAGE (SBN 112551)
Law Offices of Mary Dryovage

   600 Harrison Street, Suite 120
   San Francisco, CA 94107
   Telephone:  (415) 593-0095
   Facsimile:  (415) 593-0096
   Email:  mdryovage@igc.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROLENE C. BURRELL,<br><br>            Plaintiff,<br><br>v.<br><br>R. JAMES NICHOLSON, SECRETARY FOR THE U.S. DEPARTMENT OF VETERANS AFFAIRS,<br><br>            Defendant. | **Case No. 1:08-cv-00067 OWW/SMS**<br><br>**ORDER GRANTING *EX PARTE* APPLICATION TO FILE LATE FILED BRIEF** |

Plaintiff's *Ex Parte* Application for an order permitting plaintiff to file a brief in opposition to Defendant Nicholson's Motion for Partial Dismissal was requested by plaintiff's attorney, Mary Dryovage. The Assistant U.S. Attorney, Benjamin E. Hall, who is assigned to represent defendant Nicholson does not object to this request. This Court having considered the request, the submissions of the parties, and finding good cause exists,  the Court hereby grants plaintiff's *Ex Parte* Application and directs the clerk to file plaintiff's opposition brief .

**IT IS SO ORDERED.**

**DATED: April 28, 2008**            /s/ OLIVER W. WANGER
                                            OLIVER W. WANGER
                                            UNITED STATES DISTRICT JUDGE