MARY DRYOVAGE, (CA SBN 112551)
Law Offices of Mary Dryovage

600 Harrison Street, Suite 120,
San Francisco, CA 94107
Telephone: (415) 593-0095
Fax. (415) 593-0096
Email: mdryovage@igc.org

Attorney for Plaintiff

LAWRENCE G. BROWN
U.S. Attorney
BENJAMIN E. HALL
Assistant U.S. Attorney
Eastern District of California
United States Courthouse

2500 Tulare St., Ste. 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Fax. (559) 497-4099
Email  Benjamin.Hall3@usdoj.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROLENE C. BURRELL, | 1:08-cv-00067-OWW-SMS |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| ERIC K. SHINSEKI, Secretary for the U.S. Department of Veterans Affairs, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the above-captioned action be and hereby is dismissed with prejudice.

RESPECTFULLY SUBMITTED,

LAW OFFICES OF MARY DRYOVAGE
Electronic Signature Authorized 11/3/09

Dated: November 3, 2009      /s/Mary Dryovage

MARY DRYOVAGE
Attorney for Plaintiff

LAWRENCE G. BROWN
United States Attorney

Dated: November 4, 2009      By:  /s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant United States Attorney
Attorney for the Secretary of VA

.

## ORDER

The Court, having been informed that the parties have stipulated to the dismissal of this action with prejudice,

IT IS SO ORDERED.

**Dated:   November 5, 2009**             /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE